FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

NOV 18 2011

JAMES N. HATTEN, Clerk
By Vicki Dougherty
Deputy Clerk

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

CYNTHIA GALE HAMILTON
FARMER, on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

THE PHILLIPS AGENCY, INC.,

    Defendant.

CIVIL ACTION FILE NO.
2:11-cv-0089-WCO

## PLAINTIFFS' NOTICE OF FILING ORIGINAL DISCOVERY

COME NOW PLAINTIFF, and file with the Clerk of this Court the following original discovery documents:

- Original Deposition of LETHA WALTERS PHILLIPS, taken October 27, 2011.

Respectfully submitted,

SKAAR & FEAGLE, LLP

by: _____
James M. Feagle
Georgia Bar No. 256916
jimfeagle@aol.com
108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
404 / 601-1855 fax

Attorney for Plaintiff