IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

CYNTHIA GALE HAMILTON )
FARMER, on behalf of )
herself and all others )
similarly situated, )
)
Plaintiff, )
) CIVIL ACTION NO. 11-8
vs. )
) CLASS ACTION
THE PHILLIPS AGENCY, INC., )
)
Defendant. )

- - - 

Rule 30(b)(6) deposition of LETHA WALTERS PHILLIPS, taken on behalf of the Plaintiff pursuant to Notice, in accordance with the Federal Rules of Civil Procedure, before Cathey H. Sutton, Certified Court Reporter, at 1075 Peachtree Street NE, Suite 3500, Atlanta, Georgia on the 27th day of October, 2011, commencing at the hour of 9:51 a.m.

- - -

Deb Puckett & Associates

636 Old Ivy Road

Atlanta, Georgia  30342

(404) 365-9015



# THE DEPOSITION TRANSCRIPT IS LOCATED IN THE CASE FOLDER.

(To be scanned behind the cover sheet of the deposition transcript.)