# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:11-cv-00089-WCO
### Farmer v. The Phillips Agency, Inc.
### Honorable William C. O'Kelley

Minute Sheet for proceedings held In Chambers on 11/07/2012.

TIME COURT COMMENCED: 11:30 A.M.
TIME COURT CONCLUDED: 11:50 A.M.    COURT REPORTER: Debra Bull
TIME IN COURT: 00:20    DEPUTY CLERK: Don Stanhope
OFFICE LOCATION: Gainesville

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Burton Dodd representing The Phillips Agency, Inc.<br>Matthew Simpson representing The Phillips Agency, Inc.<br>Kris Skaar representing Cynthia Gale Hamilton Farmer |
| PROCEEDING CATEGORY: | Scheduling Conference; Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The court inquired into the status of the case, as well as the possibility of settlement. The parties verbally motioned for an extension of discovery until 1/8/2013, with dispositive motions due by 2/7/2013. Plaintiff's counsel stated that a settlement demand is forth coming shortly. The court orally granted the parties verbal motion, extending discovery until 1/8/2013, with dispositive motions due by 2/7/2013. |